NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**IN RE BEKA SOLOMON**

———————————

2012-1689

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 11/358,951.

———————————

**JUDGMENT**

———————————

ROGER L. BROWDY, Browdy and Neimark, P.L.L.C., of Washington, DC, argued for appellant. With him on the brief was RONNI S. JILLIONS.

KRISTI L. R. SAWERT, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were NATHAN K. KELLEY, Deputy Solicitor, and AMY J. NELSON, Associate Solicitor. Of counsel was FRANCES LYNCH, Associate Solicitor.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


August 13, 2013                  /s/ Daniel E.  O'Toole
         Date                         Daniel E. O'Toole
                                      Clerk